

EXHIBIT B

**U.S. Patent No. US 11,468,984 v. Zepp Inc.**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A device for calculating a current load level of a user, comprising: | Zepp Inc. ("Company") makes, uses, sells and/or offers to sell a device for calculating a current load level of a user.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Amazfit smartwatches such as the Amazfit GTR 4 (Watch), which provides an AI-powered solution, Zepp Aura launched by Zepp Health that measures the readiness and relaxation level ("current load level") of users and helps them understand their sleeping patterns.<br><br><br><br>Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE |

As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.

Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare



### Readiness

Readiness uses data such as sleep resting heart rate, sleep heart rate variability, breathing quality and body temperature to generate a score that summarizes the user's mental and physical recovery after a night of sleep. Readiness Insights, available via subscription to Zepp Aura, are also generated using a Knowledge Base developed by a team of sleep health experts including Dr. Lisa Meltzer, and come with practical guidance to help users improve their readiness.

Source: https://www.zepp.com/technology

Zepp Aura makes music recommendations based on your unique smart band data to reduce stress before bed and help you sleep faster.

Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.1] a mobile end unit having: at least one signal data generating sensor integrated into the mobile end unit, | Company provides a mobile end unit having at least one signal data generating sensor integrated into the mobile end unit. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the Watch ("mobile end unit") is embedded with multiple sensors such as a BioTracker biometric sensor, accelerometer, and gyroscope ("at least one signal data generating sensor") to gather biometric information such as heart rate, blood oxygen level, and movement of the user. |
| |  Mobile end unit |
| | Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE (annotated) |



**Sensors**

| | |
|---|---|
| **Health** | BioTracker™ 4.0 PPG biometric sensor (supports blood-oxygen, 4PD + 2LED) |
| **Movement** | Acceleration sensor<br>Gyroscope sensor<br>Geomagnetic sensor<br>Barometric altimeter<br>Ambient light sensor |

at least one signal data generating sensor

Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE (annotated)

**Accurate BioTracker™ 4.0 Health Data Sensor**

24H Heart Rate, SpO$_2$ & Stress Monitoring
Test 4 Health Metrics in 1 Tap
Track Sleep Quality & Daytime Naps

| | |
|---|---|
| | Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] a plurality of available applications for use by the user, and | Company provides a plurality of available applications for use by the user.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Watch utilizes multiple apps including but not limited to the Heart Rate app, Blood Oxygen app ("plurality of available applications") which are provided by the Zepp App to track the heart rate, sleep, movement, and blood oxygen level of the user. |



plurality of available applications

Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE (annotated)

| | |
|---|---|
| | <br><br>Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.3] an evaluation unit provided in the mobile end unit or in a central server, | Company provides an evaluation unit provided in the mobile end unit or in a central server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Watch comprises the AI-Powered Zepp Aura solution and multiple apps such as, Heart rate app, Blood Oxygen app that track and calculate multiple health parameters for the user such as heart rate, sleep score, and stress based on the monitored data. Therefore, it would be apparent to a person having ordinary skill in the art that an evaluation unit is embedded inside the Watch to calculate multiple health parameters. |

# Harness the Power of Health

24H Monitoring of Heart Rate, Blood-oxygen, Stress
Track Sleep Quality & Daytime Naps
Test 3 Health Metrics in 1 Tap
Abnormal Heart Rate, Blood-oxygen & Stress Alerts

Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle



## Readiness

Readiness uses data such as sleep resting heart rate, sleep heart rate variability, breathing quality and body temperature to generate a score that summarizes the user's mental and physical recovery after a night of sleep. Readiness Insights, available via subscription to Zepp Aura, are also generated using a Knowledge Base developed by a team of sleep health experts including Dr. Lisa Meltzer, and come with practical guidance to help users improve their readiness.

Source: https://www.zepp.com/technology

As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.

Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare



Source: https://us.amazfit.com/products/amazfit-gtr-4

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.4] wherein: the mobile end unit has a further application designed for calculating biometric data about the user, at least from the at least one signal data produced by said at least one sensor, and from user data of said plurality of available applications used by the user, and making the biometric data available to the | Company provides a device wherein: the mobile end unit has a further application designed for calculating biometric data about the user, at least from the at least one signal data produced by said at least one sensor, and from user data of said plurality of available applications used by the user and making the biometric data available to the evaluation unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Watch comprises Zepp Aura that works in integration with the Zepp App ("further application") that monitors multiple health parameters of the user from various health monitoring functionalities ("plurality of available applications") such as heart rate, oxygen level, stress level, and sleep data ("biometric data about the user") measured with the help of multiple sensors present in the watch.<br><br>As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.<br>Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare<br><br>**Application**<br>Zepp App<br>Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle |

| evaluation unit, | **Harness the Power of Health** |
| --- | --- |
| | 24H Monitoring of Heart Rate, Blood-oxygen, Stress<br>Track Sleep Quality & Daytime Naps<br>Test 3 Health Metrics in 1 Tap<br>Abnormal Heart Rate, Blood-oxygen & Stress Alerts |
| | Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle |
| | Zepp Aura makes music recommendations based on your unique smart band data to reduce stress before bed and help you sleep faster. |
| | Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle |



Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE



## Readiness

Readiness uses data such as sleep resting heart rate, sleep heart rate variability, breathing quality and body temperature to generate a score that summarizes the user's mental and physical recovery after a night of sleep. Readiness Insights, available via subscription to Zepp Aura, are also generated using a Knowledge Base developed by a team of sleep health experts including Dr. Lisa Meltzer, and come with practical guidance to help users improve their readiness.

Source: https://www.zepp.com/technology

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.5] wherein the biometric data from the at least one signal data produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories, | Company provides a device wherein the biometric data from the at least one signal data produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch monitors various types of health data for the user such as heart rate data, sleep data, running and walking data in sports category, blood oxygen level, stress, and mental well-being ("plurality of categories").<br><br><br><br>Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle<br><br> |

| | |
|---|---|
| | Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.6] wherein category-specific load levels are ascertained by the evaluation unit by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories, | Company provides a device wherein category-specific load levels are ascertained by the evaluation unit by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Watch monitors the biometric data of the user using the in-built sensors. Further, the data is evaluated to provide multiple health parameters for the user such as the average pace, resting heart rate, sleep score, and average walking heart rate ("category-specific load levels"). Therefore, upon information and belief, the average health parameters are evaluated by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories.<br><br> |

| | |
|---|---|
| | Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE |
| | Typical usage scenario: Heart rate monitoring is often on and measures at 10-minute intervals, sleepmonitoring enabled; static watch face selected; default screen brightness; 15 minutes of Bluetoothphone calls per week, 30 minutes of music playback; 150 pushed messages a day; receive 3 callnotifications per day; raise wrist to see watch time 100 times per day; test blood-oxygen 5 timesper day; bright screen operations for 5 minutes per day; GPS running for 90 minutes per week. |
| | Battery Saver Mode: Only some functions are available, such as manual measurement of heart rate,blood-oxygen and stress, one-tap measurement, use of sports modes, PAI, daily activity, alarm clock,calendar, to-do list, and settings. Health monitoring functions such as heart rate, blood-oxygen andstress monitoring are turned off, and only basic sleep monitoring is enabled; Bluetooth connectionis limited to BLE, raising the wrist to light up the screen is turned off, and GPS is turned off. |
| | Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.7] the evaluation unit is designed for determining the current load level of the user from the biometric data by applying a method carried out in a network of artificial | Company provides the evaluation unit that is designed for determining the current load level of the user from the biometric data by applying a method carried out in a network of artificial neural networks that includes a plurality of artificial neural networks that interact with each other. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, the Zepp Aura feature in the Watch utilizes Large Language Model (LLM) and generative AI technology to calculate the stress parameters such as readiness and relaxation level for the user. Therefore, it would be apparent to a person having ordinary skill in the art that a network of artificial neural networks that includes a plurality of artificial neural networks is used to calculate the relaxation level for the user. |

| neural networks that includes a plurality of artificial neural networks that interact with each other, | Zepp Health, a leading healthcare technology company based out of Cupertino, California in the USA, with over 200million smart wearables units shipped to date, is driving efforts to achieve the future we imagine by applying large language model (LLM) and Generative AI with wearables, whereby the natural language interaction between user and device will be the key that unlocks the full potential of smart wearables to become true all-in-one wellness partners. From functioning as your personal training coach, sleep and mindfulness coach, to helping you craft and optimize tailored fitness plans, users stand to benefit from their devices by giving them a powerful head-start on achieving their health, fitness, and lifestyle goals. In short, it will feel like a natural interaction between the user and their device to the point that is human-like, with their smart wearable becoming their trusted personal advisor, coach, and trainer all at the same time. |
| | Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare |
| | As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits. |
| | Premium subscribers of Zepp Aura can also access an AI Chat service, which recognizes the user's natural language invoice or text commands in order to answer questions about sleep, fitness and wellness. And in future, these premium subscribers will also be able to create customized Sleep Stories, which Zepp Aura will read out and intelligently adjust based on the user's real-time heart rate, in order to constantly optimize conditions for the best night's sleep. These stories can be generated based on the user's preferences, interests and other needs, and aspects such as pacing, theme and genre can be tailored based on the user's feedback, to help craft a unique story to help each user sleep. |
| | Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare |



## Readiness

Readiness uses data such as sleep resting heart rate, sleep heart rate variability, breathing quality and body temperature to generate a score that summarizes the user's mental and physical recovery after a night of sleep. Readiness Insights, available via subscription to Zepp Aura, are also generated using a Knowledge Base developed by a team of sleep health experts including Dr. Lisa Meltzer, and come with practical guidance to help users improve their readiness.

Source: https://www.zepp.com/technology

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [1.8] a plurality of processors are arranged on the mobile end unit or on the central server, which are designed for calculating the plurality of artificial neural networks in parallel, and | Company provides a plurality of processors that are arranged on the mobile end unit or on the central server, which are designed for calculating the plurality of artificial neural networks in parallel. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, the watch comprises dual-core processor and Huangshan-2S GPU ("a plurality of processors") that is based on an independent neural network engine and scans biometric patterns through cloud-based AI. <br><br> The smartwatch runs on a powerful dual-core processor, ensuring smooth and swift operation. It has 512 MB of RAM and 4 GB of internal storage, which you can use to store music and other files for offline playback. The device is also water-resistant up to 50 meters, making it safe to wear while swimming and engaging in other water-based activities. <br><br> Source: https://www.manua.ls/amazfit/falcon/manual?p=2 |

|  | |
|---|---|
|  | In September 2018, we introduced the world's first AI-powered wearable chipset, Huangshan-1. Leveraging the world's first RISC-V open-source instruction set wearable processor, Huangshan-1 features four core artificial intelligence engines—cardiac biometrics engine, ECG, ECG Pro, and Hearth Rhythm Abnormality Monitoring Engine.<br><br>Huangshan-1 operates alongside an always-on (AON) module designed to transfer sensor data to internal static random access memory without waking the primary processor, with dedicated accelerators for neural network workloads. Huangshan-1 also supports real-time movement tracking, real-time biometric identification and real-time warning, among a huge array of functions. In addition, Huangshan-1 can scan the heart rate patterns of users through cloud-based AI, which helps monitor the user's heart rate carefully, check for any unusual patterns and update users' health statistics even when the users are not online. With lightning performance and minimal power consumption, Huangshan-1 has been applied on our Amazfit-branded health-oriented products since August 2019.<br><br>In June 2020, at a Zepp-sponsored AI Innovation conference, we announced our next generation of the Huangshan chipset, Huangshan-2. Based on RISC-V instruction set and a new independent neural network engine, the Huangshan-2 improves computing efficiency by 38% and can make software algorithms 26 times faster than other standard algorithms running on MCU core, at significantly lower power consumption than the Huangshan-1.<br><br>In July 2021, at our annual developers conference, we announced our new generation of smart wearable chip Huangshan-2s, the third generation Huangshan chip. Compared to its predecessor, the Huangshan-2s reduces operating power consumption by 56% and dormant power consumption by 93%, and improves graphics performance by 67%. Huangshan-2s smart wearable chips successfully taped out in March 2021, and have become one of the key smart wearable chips for our next generation of Amazfit smart watches.<br><br>Source: https://www.annualreports.com/HostedData/AnnualReportArchive/z/NYSE_ZEPP_2021.pdf , Page 63<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.9] at least one graphics card with at least one graphics card processor is arranged on the mobile end unit or on | Company provides at least one graphics card with at least one graphics card processor that is arranged on the mobile end unit or on the central server and the at least one graphics card processor supports the calculation of the artificial neural networks.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Watch comprises Huangshan-2S GPU ("graphics card processor") used for AI and Machine Learning activities such as to scan the heart rate pattern of the user through cloud-based AI ("supports the calculation of the artificial neural networks"). |

| | |
|---|---|
| the central server and the at least one graphics card processor supports the calculation of the artificial neural networks, and | In September 2018, we introduced the world's first AI-powered wearable chipset, Huangshan-1. Leveraging the world's first RISC-V open-source instruction set wearable processor, Huangshan-1 features four core artificial intelligence engines—cardiac biometrics engine, ECG, ECG Pro, and Hearth Rhythm Abnormality Monitoring Engine.

Huangshan-1 operates alongside an always-on (AON) module designed to transfer sensor data to internal static random access memory without waking the primary processor, with dedicated accelerators for neural network workloads. Huangshan-1 also supports real-time movement tracking, real-time biometric identification and real-time warning, among a huge array of functions. In addition, Huangshan-1 can scan the heart rate patterns of users through cloud-based AI, which helps monitor the user's heart rate carefully, check for any unusual patterns and update users' health statistics even when the users are not online. With lightning performance and minimal power consumption, Huangshan-1 has been applied on our Amazfit-branded health-oriented products since August 2019.

In June 2020, at a Zepp-sponsored AI Innovation conference, we announced our next generation of the Huangshan chipset, Huangshan-2. Based on RISC-V instruction set and a new independent neural network engine, the Huangshan-2 improves computing efficiency by 38% and can make software algorithms 26 times faster than other standard algorithms running on MCU core, at significantly lower power consumption than the Huangshan-1.

In July 2021, at our annual developers conference, we announced our new generation of smart wearable chip Huangshan-2s, the third generation Huangshan chip. Compared to its predecessor, the Huangshan-2s reduces operating power consumption by 56% and dormant power consumption by 93%, and improves graphics performance by 67%. Huangshan-2s smart wearable chips successfully taped out in March 2021, and have become one of the key smart wearable chips for our next generation of Amazfit smart watches.

Source: https://www.annualreports.com/HostedData/AnnualReportArchive/z/NYSE_ZEPP_2021.pdf , Page 63

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.10] wherein the determined current load level of the user is displayed to the user via the mobile | Company provides a device wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by the evaluation unit forming the arithmetic mean or weighted mean of the category-specific load levels.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Zepp Aura comprises advanced algorithms such as LLM and AI technology to provide readiness insights and relaxation level ("consolidated load level") to the user which summarizes and provides insights of the user's mental and physical recovery after a night of sleep, and are further calculated by using biometric data such as heart rate, |

end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by the evaluation unit forming the arithmetic mean or weighted mean of the category-specific load levels.

body temperature, and breathing quality ("category-specific load levels "). Therefore, upon information and belief, the readiness insights are obtained by a combination of category-specific load levels by the evaluation unit forming the arithmetic mean or weighted mean of the category-specific load levels.



## Readiness

Readiness uses data such as sleep resting heart rate, sleep heart rate variability, breathing quality and body temperature to generate a score that summarizes the user's mental and physical recovery after a night of sleep. Readiness Insights, available via subscription to Zepp Aura, are also generated using a Knowledge Base developed by a team of sleep health experts including Dr. Lisa Meltzer, and come with practical guidance to help users improve their readiness.

Source: https://www.zepp.com/technology

Zepp Health, a leading healthcare technology company based out of Cupertino, California in the USA, with over 200million smart wearables units shipped to date, is driving efforts to achieve the future we imagine by applying large language model (LLM) and Generative AI with wearables, whereby the natural language interaction between user and device will be the key that unlocks the full potential of smart wearables to become true all-in-one wellness partners. From functioning as your personal training coach, sleep and mindfulness coach, to helping you craft and optimize tailored fitness plans, users stand to benefit from their devices by giving them a powerful head-start on achieving their health, fitness, and lifestyle goals. In short, it will feel like a natural interaction between the user and their device to the point that is human-like, with their smart wearable becoming their trusted personal advisor, coach, and trainer all at the same time.

Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare

21

As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.

Premium subscribers of Zepp Aura can also access an AI Chat service, which recognizes the user's natural language invoice or text commands in order to answer questions about sleep, fitness and wellness. And in future, these premium subscribers will also be able to create customized Sleep Stories, which Zepp Aura will read out and intelligently adjust based on the user's real-time heart rate, in order to constantly optimize conditions for the best night's sleep. These stories can be generated based on the user's preferences, interests and other needs, and aspects such as pacing, theme and genre can be tailored based on the user's feedback, to help craft a unique story to help each user sleep.

Source:        https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare



Source: https://us.amazfit.com/products/amazfit-gtr-4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [5] The device according to claim 1, wherein the biometric | Defendant provides the device according to claim 1, wherein the biometric data can be divided into a plurality of categories, wherein the categories relate to one or more of: sleep, speech, motor skills, social interaction, economic data, personal information, and questionnaire data. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| data can be divided into a plurality of categories, wherein the categories relate to one or more of: sleep, speech, motor skills, social interaction, economic data, personal information, and questionnaire data. | For example, the watch monitors various types of health data for the user such as heart rate data, sleep data, ECG, Cardio fitness data, blood oxygen level, stress, and mental well-being ("one or more of: sleep, speech, motor skills, social interaction, economic data, personal information, and questionnaire data").<br><br><br><br>Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE |
|---|---|

**Harness the Power of Health**

24H Monitoring of Heart Rate, Blood-oxygen, Stress
Track Sleep Quality & Daytime Naps
Test 3 Health Metrics in 1 Tap
Abnormal Heart Rate, Blood-oxygen & Stress Alerts

Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle

| Sports Category | Sports Modes |
| --- | --- |
| Running & walking | Outdoor running, Treadmill, Walking, Indoor walking, Race walking, Track run |

Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [11] The device according to claim 1, wherein the at least one | Defendant provides the device according to claim 1, wherein the at least one sensor integrated into the mobile end unit comprises at least one of: a gyroscope, an acceleration sensor, and a light sensor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

| | |
|---|---|
| sensor integrated into the mobile end unit comprises at least one of: a gyroscope, an acceleration sensor, and a light sensor. | For example, the Watch is embedded with multiple sensors such as electrical and optical heart sensors, accelerometer, and gyroscope ("at least one of: a gyroscope, an acceleration sensor, and a light sensor") to gather biometric information such as heart rate, blood oxygen level, and movement of the user.  sensors Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE (annotated) |

| | |
|---|---|
| | **Harness the Power of Health**<br><br>24H Monitoring of Heart Rate, Blood-oxygen, Stress<br>Track Sleep Quality & Daytime Naps<br>Test 3 Health Metrics in 1 Tap<br>Abnormal Heart Rate, Blood-oxygen & Stress Alerts<br><br>Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.P] A method for calculating a current load level of a user of a mobile end unit, comprising: | Zepp Inc ("Company") performs and/or induces others to perform a method for calculating a current load level of a user of a mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Amazfit smartwatches such as the Amazfit GTR 4 (Watch), which provides an AI-powered solution, Zepp Aura launched by Zepp Health that measures the readiness and relaxation level ("current load level") of users and helps them understand their sleeping patterns. |



Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE (annotated)

As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.

Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare



### Readiness

Readiness uses data such as sleep resting heart rate, sleep heart rate variability, breathing quality and body temperature to generate a score that summarizes the user's mental and physical recovery after a night of sleep. Readiness Insights, available via subscription to Zepp Aura, are also generated using a Knowledge Base developed by a team of sleep health experts including Dr. Lisa Meltzer, and come with practical guidance to help users improve their readiness.

Source: https://www.zepp.com/technology

Zepp Aura makes music recommendations based on your unique smart band data to reduce stress before bed and help you sleep faster.

Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [12.1] starting a further application installed on the mobile end unit so that this is carried out on the mobile end unit, | Company performs and/or induces others to perform the step of starting a further application installed on the mobile end unit so that this is carried out on the mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch comprises Zepp Aura that works in integration with the Zepp App ("further application") that monitors multiple health parameters of the user.<br><br>As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.<br><br>Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare<br><br>Zepp Aura makes music recommendations based on your unique smart band data to reduce stress before bed and help you sleep faster.<br><br>Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle<br><br>**Application**<br>Zepp App<br><br>Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.2] calculating biometric | Company performs and/or induces others to perform the step of calculating biometric data of the user by means of the further application, wherein the biometric data is recorded at least from user data that is recorded from using a plurality |

| | |
|---|---|
| data of the user by means of the further application, wherein the biometric data is recorded at least from user data that is recorded from using a plurality of applications present and available on the mobile end unit by the user, and calculated from at least one signal data produced by at least one sensor integrated into the mobile end unit, | of applications present and available on the mobile end unit by the user, and calculated from at least one signal data produced by at least one sensor integrated into the mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Zepp Aura integrates with the Zepp App to utilize AI technology for sleep guidance and generate a relaxation level of the user by processing the direct body signals ("biometric data"), such as heart rate variability ("at least one signal data") as well as daily activity and sleep data ("user data") monitored by multiple sensors in the watch through multiple apps including but not limited to the Heart rate app, Blood Oxygen app, and Zepp Coach app ("plurality of applications present").<br><br>As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.<br><br>Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare<br><br>Zepp Aura makes music recommendations based on your unique smart band data to reduce stress before bed and help you sleep faster.<br><br>Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle<br><br>Application<br>Zepp App<br><br>Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle |

# Harness the Power of Health



24H Monitoring of Heart Rate, Blood-oxygen, Stress
Track Sleep Quality & Daytime Naps
Test 3 Health Metrics in 1 Tap
Abnormal Heart Rate, Blood-oxygen & Stress Alerts

Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle



sensors

Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE (annotated)



plurality of applications

Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [12.3] wherein the biometric data from the at least one signal data is | Company performs and/or induces others to perform the step wherein the biometric data from the at least one signal data is produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories. This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

| produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories, | For example, the watch utilizes multiple sensors such as heart rate sensor, accelerometer, and BioTracker to monitor various types of health data for the user such as heart rate data, sleep data, running and walking data in sports category, blood oxygen level, stress, and mental well-being ("plurality of categories"). |
|---|---|



signal data generating sensors

Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE (annotated)

# Harness the Power of Health

24H Monitoring of Heart Rate, Blood-oxygen, Stress
Track Sleep Quality & Daytime Naps
Test 3 Health Metrics in 1 Tap
Abnormal Heart Rate, Blood-oxygen & Stress Alerts

Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle

| Sports Category | Sports Modes |
|---|---|
| Running & walking | Outdoor running, Treadmill, Walking, Indoor walking, Race walking, Track run |

Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [12.4] evaluating the biometric data with an evaluation unit provided in the mobile end unit or in | Company performs and/or induces others to perform the step of evaluating the biometric data with an evaluation unit provided in the mobile end unit or in a central server for determining the current load level.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Watch comprises the AI-Powered Zepp Aura solution and multiple apps such as Heart rate app, Blood Oxygen app that track and calculate multiple health parameters for the user such as heart rate, sleep score, and stress |
|---|---|

| a central server for determining the current load level, | based on the monitored data. Therefore, it would be apparent to a person having ordinary skill in the art that an evaluation unit is embedded inside the Watch to calculate multiple health parameters. |

# Harness the Power of Health

24H Monitoring of Heart Rate, Blood-oxygen, Stress
Track Sleep Quality & Daytime Naps
Test 3 Health Metrics in 1 Tap
Abnormal Heart Rate, Blood-oxygen & Stress Alerts

Source: https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle



## Readiness

Readiness uses data such as sleep resting heart rate, sleep heart rate variability, breathing quality and body temperature to generate a score that summarizes the user's mental and physical recovery after a night of sleep. Readiness Insights, available via subscription to Zepp Aura, are also generated using a Knowledge Base developed by a team of sleep health experts including Dr. Lisa Meltzer, and come with practical guidance to help users improve their readiness.

Source: https://www.zepp.com/technology

This is the exciting promise made by the AI-generated soundscapes of Zepp Aura, a novel music experience that builds custom compositions according to a user's biomarkers and biorhythmic feedback. By reading natural mood indicators such as heart rate, body temperature and blood oxygen levels, Zepp Aura's AI Music Brain creates a three-layer composition to provide you with relief, encouragement, and emotional support in every arena of life.

Source: https://aura.zepp.com/pages/about-us



Source: https://us.amazfit.com/products/amazfit-gtr-4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [12.5] wherein: category-specific load levels are ascertained by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories, | Company performs and/or induces others to perform the step wherein category-specific load levels are ascertained by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Watch monitors the biometric data of the user using the inbuilt sensors. Further, the data is evaluated to provide multiple health parameters for the user such as the average pace, resting heart rate, sleep score, and average walking heart rate ("category-specific load levels"). Therefore, upon information and belief, the average health parameters are evaluated by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories.<br><br><br><br>Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE |

| | Typical usage scenario: Heart rate monitoring is often on and measures at 10-minute intervals, sleepmonitoring enabled; static watch face selected; default screen brightness; 15 minutes of Bluetoothphone calls per week, 30 minutes of music playback; 150 pushed messages a day; receive 3 callnotifications per day; raise wrist to see watch time 100 times per day; test blood-oxygen 5 timesper day; bright screen operations for 5 minutes per day; GPS running for 90 minutes per week. |
| | Battery Saver Mode: Only some functions are available, such as manual measurement of heart rate,blood-oxygen and stress, one-tap measurement, use of sports modes, PAI, daily activity, alarm clock,calendar, to-do list, and settings. Health monitoring functions such as heart rate, blood-oxygen andstress monitoring are turned off, and only basic sleep monitoring is enabled; Bluetooth connectionis limited to BLE, raising the wrist to light up the screen is turned off, and GPS is turned off. |
| | Source: https://us.amazfit.com/products/amazfit-gtr-4?gclid=EAIaIQobChMIhL7O7JDhgwMV4SqDAx1FfwTBEAAYASAAEgKo7vD_BwE<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.6] the evaluation unit determines the current load level with the aid of a network of artificial neural networks,<br><br>the network of artificial neural networks comprises a plurality of artificial neural | Company performs and induces others to perform the step wherein the evaluation unit determines the current load level with the aid of a network of artificial neural networks, the network of artificial neural networks comprises a plurality of artificial neural networks that interact with each other, the plurality of artificial neural networks calculates in parallel with a plurality of processors.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Zepp Aura feature in the Watch utilizes Large Language Model (LLM) and generative AI technology to calculate the stress parameters for the user. Further, the watch comprises Huangshan-2S GPU system which is based on an independent neural network engine and provides runtime for LLM and AI to provide accuracy in the evaluated analysis. Therefore, it would be apparent to a person having ordinary skill in the art that a network of artificial neural networks that includes a plurality of artificial neural networks is used to calculate stress level for the user.<br><br>Furthermore, the watch comprises dual-core processor and Huangshan-2S GPU ("a plurality of processors") that are used for parallel processing in artificial intelligence programs ("plurality of artificial neural networks"). |

| | |
|---|---|
| networks that interact with each other,<br><br>the plurality of artificial neural networks calculates in parallel with a plurality of processors, | Zepp Health, a leading healthcare technology company based out of Cupertino, California in the USA, with over 200million smart wearables units shipped to date, is driving efforts to achieve the future we imagine by applying large language model (LLM) and Generative AI with wearables, whereby the natural language interaction between user and device will be the key that unlocks the full potential of smart wearables to become true all-in-one wellness partners. From functioning as your personal training coach, sleep and mindfulness coach, to helping you craft and optimize tailored fitness plans, users stand to benefit from their devices by giving them a powerful head-start on achieving their health, fitness, and lifestyle goals. In short, it will feel like a natural interaction between the user and their device to the point that is human-like, with their smart wearable becoming their trusted personal advisor, coach, and trainer all at the same time.<br><br>Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare<br><br>As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.<br><br>Premium subscribers of Zepp Aura can also access an AI Chat service, which recognizes the user's natural language invoice or text commands in order to answer questions about sleep, fitness and wellness. And in future, these premium subscribers will also be able to create customized Sleep Stories, which Zepp Aura will read out and intelligently adjust based on the user's real-time heart rate, in order to constantly optimize conditions for the best night's sleep. These stories can be generated based on the user's preferences, interests and other needs, and aspects such as pacing, theme and genre can be tailored based on the user's feedback, to help craft a unique story to help each user sleep.<br><br>Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare |

In September 2018, we introduced the world's first AI-powered wearable chipset, Huangshan-1. Leveraging the world's first RISC-V open-source instruction set wearable processor, Huangshan-1 features four core artificial intelligence engines—cardiac biometrics engine, ECG, ECG Pro, and Hearth Rhythm Abnormality Monitoring Engine.

Huangshan-1 operates alongside an always-on (AON) module designed to transfer sensor data to internal static random access memory without waking the primary processor, with dedicated accelerators for neural network workloads. Huangshan-1 also supports real-time movement tracking, real-time biometric identification and real-time warning, among a huge array of functions. In addition, Huangshan-1 can scan the heart rate patterns of users through cloud-based AI, which helps monitor the user's heart rate carefully, check for any unusual patterns and update users' health statistics even when the users are not online. With lightning performance and minimal power consumption, Huangshan-1 has been applied on our Amazfit-branded health-oriented products since August 2019.

In June 2020, at a Zepp-sponsored AI Innovation conference, we announced our next generation of the Huangshan chipset, Huangshan-2. Based on RISC-V instruction set and a new independent neural network engine, the Huangshan-2 improves computing efficiency by 38% and can make software algorithms 26 times faster than other standard algorithms running on MCU core, at significantly lower power consumption than the Huangshan-1.

In July 2021, at our annual developers conference, we announced our new generation of smart wearable chip Huangshan-2s, the third generation Huangshan chip. Compared to its predecessor, the Huangshan-2s reduces operating power consumption by 56% and dormant power consumption by 93%, and improves graphics performance by 67%. Huangshan-2s smart wearable chips successfully taped out in March 2021, and have become one of the key smart wearable chips for our next generation of Amazfit smart watches.

Source: https://www.annualreports.com/HostedData/AnnualReportArchive/z/NYSE_ZEPP_2021.pdf , Page 63

The smartwatch runs on a powerful dual-core processor, ensuring smooth and swift operation. It has 512 MB of RAM and 4 GB of internal storage, which you can use to store music and other files for offline playback. The device is also water-resistant up to 50 meters, making it safe to wear while swimming and engaging in other water-based activities.

Source: https://www.manua.ls/amazfit/falcon/manual?p=2

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [12.7] the plurality of processors is arranged on the mobile end unit or on the central server, | Company performs and induces others to perform the step wherein the plurality of processors is arranged on the mobile end unit or on the central server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch comprises a dual-core processor and Huangshan-2S GPU ("a plurality of processors") that is based on an independent neural network engine and scans biometric patterns through cloud-based AI.<br><br>In September 2018, we introduced the world's first AI-powered wearable chipset, Huangshan-1. Leveraging the world's first RISC-V open-source instruction set wearable processor, Huangshan-1 features four core artificial intelligence engines—cardiac biometrics engine, ECG, ECG Pro, and Hearth Rhythm Abnormality Monitoring Engine.<br><br>Huangshan-1 operates alongside an always-on (AON) module designed to transfer sensor data to internal static random access memory without waking the primary processor, with dedicated accelerators for neural network workloads. Huangshan-1 also supports real-time movement tracking, real-time biometric identification and real-time warning, among a huge array of functions. In addition, Huangshan-1 can scan the heart rate patterns of users through cloud-based AI, which helps monitor the user's heart rate carefully, check for any unusual patterns and update users' health statistics even when the users are not online. With lightning performance and minimal power consumption, Huangshan-1 has been applied on our Amazfit-branded health-oriented products since August 2019.<br><br>In June 2020, at a Zepp-sponsored AI Innovation conference, we announced our next generation of the Huangshan chipset, Huangshan-2. Based on RISC-V instruction set and a new independent neural network engine, the Huangshan-2 improves computing efficiency by 38% and can make software algorithms 26 times faster than other standard algorithms running on MCU core, at significantly lower power consumption than the Huangshan-1.<br><br>In July 2021, at our annual developers conference, we announced our new generation of smart wearable chip Huangshan-2s, the third generation Huangshan chip. Compared to its predecessor, the Huangshan-2s reduces operating power consumption by 56% and dormant power consumption by 93%, and improves graphics performance by 67%. Huangshan-2s smart wearable chips successfully taped out in March 2021, and have become one of the key smart wearable chips for our next generation of Amazfit smart watches.<br><br>Source: https://www.annualreports.com/HostedData/AnnualReportArchive/z/NYSE_ZEPP_2021.pdf , Page 63 |

| | |
|---|---|
| | The smartwatch runs on a powerful dual-core processor, ensuring smooth and swift operation. It has 512 MB of RAM and 4 GB of internal storage, which you can use to store music and other files for offline playback. The device is also water-resistant up to 50 meters, making it safe to wear while swimming and engaging in other water-based activities. |
| | Source: https://www.manua.ls/amazfit/falcon/manual?p=2 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.8] at least one graphics card processor of at least one graphics card supports the calculation of the artificial neural networks,<br><br>wherein the at least one graphics card with the at least one graphics card processor is arranged on the mobile end unit or on | Company performs and induces others to perform the step wherein at least one graphics card processor of at least one graphics card supports the calculation of the artificial neural networks, wherein the at least one graphics card with the at least one graphics card processor is arranged on the mobile end unit or on the central server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch comprises Huangshan-2S GPU ("graphics card processor") used for AI and Machine Learning activities as it is based on an independent neural network engine ("calculation of the artificial neural networks"). It provides runtime for LLM and AI to provide accuracy in the evaluated analysis ("supports the calculation of the artificial neural networks"). |

| | |
|---|---|
| the central server, and | In September 2018, we introduced the world's first AI-powered wearable chipset, Huangshan-1. Leveraging the world's first RISC-V open-source instruction set wearable processor, Huangshan-1 features four core artificial intelligence engines—cardiac biometrics engine, ECG, ECG Pro, and Hearth Rhythm Abnormality Monitoring Engine.

Huangshan-1 operates alongside an always-on (AON) module designed to transfer sensor data to internal static random access memory without waking the primary processor, with dedicated accelerators for neural network workloads. Huangshan-1 also supports real-time movement tracking, real-time biometric identification and real-time warning, among a huge array of functions. In addition, Huangshan-1 can scan the heart rate patterns of users through cloud-based AI, which helps monitor the user's heart rate carefully, check for any unusual patterns and update users' health statistics even when the users are not online. With lightning performance and minimal power consumption, Huangshan-1 has been applied on our Amazfit-branded health-oriented products since August 2019.

In June 2020, at a Zepp-sponsored AI Innovation conference, we announced our next generation of the Huangshan chipset, Huangshan-2. Based on RISC-V instruction set and a new independent neural network engine, the Huangshan-2 improves computing efficiency by 38% and can make software algorithms 26 times faster than other standard algorithms running on MCU core, at significantly lower power consumption than the Huangshan-1.

In July 2021, at our annual developers conference, we announced our new generation of smart wearable chip Huangshan-2s, the third generation Huangshan chip. Compared to its predecessor, the Huangshan-2s reduces operating power consumption by 56% and dormant power consumption by 93%, and improves graphics performance by 67%. Huangshan-2s smart wearable chips successfully taped out in March 2021, and have become one of the key smart wearable chips for our next generation of Amazfit smart watches.

Source: https://www.annualreports.com/HostedData/AnnualReportArchive/z/NYSE_ZEPP_2021.pdf , Page 63

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.9] wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a | Company performs and induces others to perform the step wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Zepp Aura comprises advanced algorithms such as LLM and AI Technology to provide readiness insights and relaxation level ("consolidated load level") to the user which summarizes and provides insights of the user's mental and physical recovery after a night of sleep, and are further obtained by using biometric data such as heart rate, body temperature, and breathing quality ("category-specific load levels ").Therefore, upon information and belief, the |

| | |
|---|---|
| consolidated load level obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels. | readiness insights are obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels.  **Readiness** Readiness uses data such as sleep resting heart rate, sleep heart rate variability, breathing quality and body temperature to generate a score that summarizes the user's mental and physical recovery after a night of sleep. Readiness Insights, available via subscription to Zepp Aura, are also generated using a Knowledge Base developed by a team of sleep health experts including Dr. Lisa Meltzer, and come with practical guidance to help users improve their readiness. Source: https://www.zepp.com/technology Zepp Health, a leading healthcare technology company based out of Cupertino, California in the USA, with over 200million smart wearables units shipped to date, is driving efforts to achieve the future we imagine by applying large language model (LLM) and Generative AI with wearables, whereby the natural language interaction between user and device will be the key that unlocks the full potential of smart wearables to become true all-in-one wellness partners. From functioning as your personal training coach, sleep and mindfulness coach, to helping you craft and optimize tailored fitness plans, users stand to benefit from their devices by giving them a powerful head-start on achieving their health, fitness, and lifestyle goals. In short, it will feel like a natural interaction between the user and their device to the point that is human-like, with their smart wearable becoming their trusted personal advisor, coach, and trainer all at the same time. Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare |

As the fitness, health, and wellness worlds converge, another powerful AI-powered solution that Zepp Health has also launched is Zepp Aura. This comprehensive, real-time-based personalized health solution features science-backed music compositions and daily tips, to help users sleep, rest, focus, and ultimately achieve better holistic health, while seamlessly integrating with Amazfit smartwatches. By measuring the user's physiological data, Zepp Aura's powerful AI technology recognizes their relaxation level and generates soundscapes most suitable for their current state, and also provides them with their sleeping report to help them better understand their sleeping pattern and encourage good sleeping habits.

Premium subscribers of Zepp Aura can also access an AI Chat service, which recognizes the user's natural language invoice or text commands in order to answer questions about sleep, fitness and wellness. And in future, these premium subscribers will also be able to create customized Sleep Stories, which Zepp Aura will read out and intelligently adjust based on the user's real-time heart rate, in order to constantly optimize conditions for the best night's sleep. These stories can be generated based on the user's preferences, interests and other needs, and aspects such as pacing, theme and genre can be tailored based on the user's feedback, to help craft a unique story to help each user sleep.

Source: https://www.zepp.com/blog/generative-ai-powered-smart-wearables-changing-the-game-in-sports-and-healthcare



Source: https://us.amazfit.com/products/amazfit-gtr-4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

## 2. List of References

1. [https://us.amazfit.com/products/amazfit-gtr-4](https://us.amazfit.com/products/amazfit-gtr-4) , last accessed on 16 January, 2024.
2. [https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle](https://aura.zepp.com/products/zepp-aura-premium-subscription-bundle) ,last accessed on 16 January, 2024.
3. [https://aura.zepp.com/pages/about-us](https://aura.zepp.com/pages/about-us) , last accessed on 16 January, 2024.
4. [https://www.zepp.com/privacy-policy#your-privacy-rights](https://www.zepp.com/privacy-policy#your-privacy-rights) , last accessed on 16 January, 2024.
5. [https://www.zepp.com/technology](https://www.zepp.com/technology), last accessed on 16 January, 2024.
6. [https://www.youtube.com/watch?v=X_NRl3Vo4Y4](https://www.youtube.com/watch?v=X_NRl3Vo4Y4), last accessed on 16 January, 2024.