JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mobile Health Innovative Solutions, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Zepp Health Corporation et al,<br><br>Defendants. | Case No. 2:24-cv-01030-AB-BFMx<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

On May 9, 2024, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by May 23, 2024. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  June 11, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.